IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
|     Petitioner, | § |
| | § |
| VS. | §   CIVIL ACTION NO. SA-12-CA-375-FB |
| | § |
| REAL PROPERTY KNOWN AS JAVI'S CARWASH LOCATED AND SITUATED AT 5215 SOUTH PADRE HIGHWAY, BROWNSVILLE, CAMERON COUNTY, TEXAS, | § § § § § § |
| | § |
|     Respondent. | § |

## ORDER REINSTATING CASE ON DOCKET AND GRANTING MOTION TO SEAL

On March 1, 2015, United States Magistrate Judge John W. Primomo entered an Order Granting Motion to Stay Civil Forfeiture Proceedings and Order of Administrative Closure in this case (docket #25) pending the application by either party for further relief within 14 days of the resolution of all related criminal matters. On December 3, 2015, the United States filed a Motion to Seal Its Joint Motion for Order Adopting Hold Harmless Agreement and Stipulation and Settlement Agreement (docket #26). Therefore, the Court finds the case should be reopened and reinstated on the docket in order to rule on the motion to seal and consider the joint motion to adopt a hold harmless agreement and stipulation and settlement agreement.

Accordingly, IT IS HEREBY ORDERED that the case is hereby reopened and reinstated on the Court's docket.

Before the Court is the United States of America's Motion to Seal Its Joint Motion for Order Adopting Hold Harmless Agreement and Stipulation and Settlement Agreement as that motion contains sensitive information about a related criminal case and the plea agreement filed in that case which was filed under seal and remains sealed. The Court finds the motion has merit and should also be granted.

Accordingly, IT IS HEREBY ORDERED that the United States of America's Motion to Seal Its Joint Motion for Order Adopting Hold Harmless Agreement and Stipulation and Settlement Agreement

(docket #26) is GRANTED such that the Clerk of Court shall SEAL the Joint Motion for Order Adopting Hold Harmless Agreement and Stipulation and Settlement Agreement attached to the motion, except that two copies of each file-stamped document shall be returned to Assistant United States Attorney Mary Nelda G. Valadez, United States Attorney's Office, San Antonio Division.

It is so ORDERED.

SIGNED this 29th day of December, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE